In the Matter of the Petition of REUBEN BRADSHAW, Respondent, for the Appointment of Commissioners to Determine the Compensation to Which he Is Entitled against THE VILLAGE OF FULTON, Appellant.

*Matter of Bradshaw* v. *Village of Fulton*, 67 App. Div. 624, affirmed. (Submitted May 22, 1903; decided June 9, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 30, 1901, which affirmed an award of commissioners in favor of plaintiff, and an interlocutory order of Special Term appointing such commissioners.

*Sheldon B. Mead* and *Claude E. Guile* for appellant.

*Giles S. Piper* for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, CULLEN and WERNER, JJ.

---

UNION TRUST COMPANY OF NEW YORK, Plaintiff, *v.* ST. LUKE'S HOSPITAL et al., Defendants, THE GENERAL MEMORIAL HOSPITAL, Appellant, and THE NEW YORK SKIN AND CANCER HOSPITAL, Respondent.

*Union Trust Co.* v. *St. Luke's Hospital*, 74 App. Div. 330, affirmed. (Argued May 22, 1903; decided June 9, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 25, 1902, affirming a judgment entered upon the report of a referee in an action for the settlement and distribution of the estate of Andrew J. Garvey, deceased.

*Henry B. Closson* and *John E. Parsons* for appellant.

*Tallmadge W. Foster* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, HAIGHT, MARTIN, CULLEN and WERNER, JJ. Absent: O'BRIEN, J.